```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
TRUSTEES OF THE SHEET METAL                                  :
WORKERS' LOCAL UNION NO. 28 FUNDS                            :
AND PLANS, et al.                                            :      19 Civ. 10828 (LGS)
                                Plaintiffs,                  :
                                                             :      ORDER
            -against-                                        :
                                                             :
FAHRENHEIT MECHANICAL LLC,                                   :
                                                             X
                                Defendant.                   :
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated December 6, 2019, set the initial conference for January 30, 2020, at 10:30 A.M. in Courtroom 1106 of the United States District Court for the Southern District of New York (Dkt. 6). The Order required that the parties submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order by January 23, 2020;

WHEREAS, the parties have not timely filed a joint letter or Proposed Civil Case Management Plan and Scheduling Order. It is hereby

**ORDERED** that, by **January 27, 2020, at 3:00 P.M.**, the parties file the joint letter and Proposed Civil Case Management Plan and Scheduling Order.

Continuing failure to comply with Court Orders and the Court's Individual Rules may result in sanctions.

Dated: January 24, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE